WILLIAM A. FARRELL, Respondent, *v.* ANNA C. HAEGER, Appellant.

SIGMUND FLIEGMAN, Respondent, *v.* SAMUEL MENDEL, Appellant.

APPEALS from judgments of District Court.

*Jacob Fromme,* for appellant Haeger.

*James C. de la Mare,* for respondent Farrell.

*Mashbir & Cukor,* for appellant Mendel.

*Morris H. Gottlieb,* for respondent Fliegman.

*Per Curiam.*    The appeals in these cases bring up for review questions of fact only.   The judgment in both cases seems to be supported by evidence, and although the evidence was contradicted by the respective defendants, it was peculiarly the province of the court, having the witnesses before it, to determine the credibility of the witnesses and the weight to be given to their testimony.   The judgment in each case should be affirmed, with costs to respondent.

Present: BOOKSTAVER and BISCHOFF, JJ.
Judgments affirmed, with costs.

---

NEW YORK SUPERIOR COURT — GENERAL TERM, DECEMBER, 1895.

ALBERT MOST, Appellant, *v.* JOHN McARDLE, Respondent.

APPEAL from a judgment of the Special Term.

*R. J. Mahon,* for appellant.

*R. M. Williams,* for respondent.

GILDERSLEEVE, J.    This appeal is from a judgment rendered at Special Term, dismissing the complaint on the merits.   The action was brought in equity for a rescission of a settlement of indebtedness owing by respondent to appellant upon the

ground of fraud, alleged to have been perpetrated by the respondent in procuring the settlement.

A careful examination of the record fails to disclose any errors of law. The conclusions of fact reached by the learned trial judge are fully supported by the evidence and the judgment should not be disturbed.

Judgment affirmed, with costs to respondent.

McADAM, J., concurs.

Judgment affirmed, with costs